JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MYRNA H. TOVAR, | ) | No.  EDCV 14-0442-CW |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED:  January 12, 2015

_____
CARLA M. WOEHRLE
United States Magistrate Judge